SUPREME COURT OF ARIZONA

| | | |
|---|---|---|
| In re the Detention of: | ) | Arizona Supreme Court |
| | ) | No. CV-02-0328-PR |
| WILBER W. | ) | |
| | ) | Court of Appeals |
| | ) | Division One |
| | ) | No. 1 CA-MH 01-0008 SP |
| | ) | |
| | ) | Mohave County Superior |
| | ) | Court |
| | ) | No. CV 2000-0152 |
| | ) | |
| | ) | **O P I N I O N** |
| | ) | |
| _____ | ) | |

Appeal from the Superior Court of Mohave County
No.  CV 2000-0152
The Honorable James E. Chavez, Judge
REMANDED

_____

Opinion of the Court of Appeals
Division One
203 Ariz. 301, 53 P.3d 1145 (App. 2002)
VACATED

_____

Janet Napolitano, Former Arizona Attorney General
Terry Goddard, Attorney General                          Phoenix
    by      Randall M. Howe, Chief Counsel,
            Criminal Appeals Section
    and     Diane M. Acosta, Assistant Attorney General    Tucson
            Criminal Appeals Section
Attorneys for State of Arizona

Eric J. Engan, P.C.                                      Kingman
    by      Eric J. Engan
Attorney for Wilber W.

_____

M c G R E G O R, Vice Chief Justice

¶1      We granted review to consider the opinion of the Court of

Appeals in light of our decision in *In re Leon G.*, ___ Ariz. ___, 59 P.3d 779 (2002). We exercise jurisdiction pursuant to Article VI, Section 5 of the Arizona Constitution.

**¶2** Although the analysis in *In re Wilber W.*, 203 Ariz. 301, 53 P.3d 1145 (App. 2002), largely anticipated our decision in *In re Leon G.*, minor areas of disagreement exist between the two decisions. For that reason, we vacate the opinion of the Court of Appeals and remand this matter to the Superior Court for further proceedings consistent with *In re Leon G.* We also vacate as moot the stay previously entered.

_____
Ruth V. McGregor
Vice Chief Justice

CONCURRING:

_____
Charles E. Jones, Chief Justice

_____
Rebecca White Berch, Justice

_____
Michael D. Ryan, Justice